Case: 1:18-cv-01199 Document #: 1 Filed: 02/16/18 Page 1 of 8 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Brenda J. Chaney )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
 )
 v. ) 1:18-cv-01199
Family Christian Stores LLC ) Judge Andrea R. Wood
_____ ) Magistrate Judge Jeffrey Cole
_____ )
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Brenda J. Chaney** of the county of **Cook** in the state of **Ill**.

3. The defendant is **Family Christian Stores**, whose street address is **5300 Paterson Ave. SE**, (city) **Grand Rapids** (county) _____ (state) **MI** (ZIP) **49530**
   (Defendant's telephone number) **(616) - 554-8679**

4. The plaintiff sought employment or was employed by the defendant at (street address) **550 East 162nd St** (city) **South Holland** (county) **Cook** (state) **IL** (ZIP code) **60473**

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) __02__, (day) __22__, (year) __2017__.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☐ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) __03__ (day) __29__ (year) __2017__

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month) _____ (day) _____ (year) _____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☑ Yes (month) __03__ (day) __29__ (year) __2017__

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) __11__ (day) __16__ (year) __2017__.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES   ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __11__ (day) __16__ (year) __2017__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

  (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

  (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

  (e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

  (f) ☑ Religion (Title VII of the Civil Rights Act of 1964)

  (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

  (a) ☐ failed to hire the plaintiff.

  (b) ☑ terminated the plaintiff's employment.

  (c) ☑ failed to promote the plaintiff.

  (d) ☑ failed to reasonably accommodate the plaintiff's religion.

  (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

  (f) ☐ failed to stop harassment;

  (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

  (h) ☐ other (specify): Retaliation
Because I asked to be transferred to

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

another location, my Hours were cut, tremendously from 20 to 10 Hrs a week. Manager told me that I would never get a promotion. I received less than a dollar raise during my 7 yrs. of employment

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Never was informed about positions opening, new employees came in and got the positions with higher pay and more Hrs. These persons were of different ethnicity, younger and some individuals were African Americans, but younger

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.
   (b) ☐ Direct the defendant to re-employ the plaintiff.
   (c) ☐ Direct the defendant to promote the plaintiff.
   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ Direct the defendant to (specify): To Pay for Mental Stress (humiliation) loss wages and violated her right to equal pay promotions

5

Case: 1:18-cv-01199 Document #: 1 Filed: 02/16/18 Page 6 of 8 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was treated so unfair and humilated in front of other employees as well as customers by manger. My stress from such treatment was causing increased blood pressure

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Brenda J. Chaney

(Plaintiff's name)
Brenda J. Chaney

(Plaintiff's street address)
15435 Minerva Ave.

(City) Dolton  (State) IL  (ZIP) 60419
(Plaintiff's telephone number) (708) - 841-5141

Date: 2/16/18

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2017-02182 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

Name (indicate Mr., Ms., Mrs.): **Ms. Brenda Chaney**
Home Phone (Incl. Area Code): **(708) 841-5141**
Date of Birth: **1952**

Street Address: **15635 Minerva Ave., Dolton, IL 60419**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **FAMILY CHRISTIAN STORES, LLC**
No. Employees, Members: **500 or More**
Phone No.: **(708) 596-6030**
Street Address: **550 E. 162nd Street, South Holland, IL 60473**

RECEIVED EEOC
MAR 29 2017
CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).):
[X] RACE  [ ] COLOR  [ ] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: **02-22-2017**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent in or around February, 2010. My position was Cashier-Sales. During my employment, I have been denied promotion, and subjected to different terms and conditions of employment than younger employees and non-Baptist employees. I have complained to Respondent to no avail. Subsequently, I have been subjected to discipline and then discharge.

I believe that I have been discriminated against because of my race, Black, and my religion, Baptist, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against because of my age, 65 (year of birth 1952), and in retaliation for engaging in protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 29, 2017
Date — Charging Party Signature *(signed: Brenda Chaney)*

NOTARY – When necessary for State and Local Agency Requirements

the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Brenda Chaney
15635 Minerva Ave.
Dolton, IL 60419

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

EEOC Charge No.: 440-2017-02182
EEOC Representative: Lucia Garcia, Investigator
Telephone No.: (312) 869-8175

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)    **Respondent is bankrupt**

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*     11/8/17
Julianne Bowman,
District Director     *(Date Mailed)*

Enclosures(s)

cc: Chuck Bengochea
President

FAMILY CHRISTIAN STORES LLC
5300 Patterson Avenue SE
Grand Rapids, MI 49530